EXHIBIT "A"



Recorder of Deeds Division
Luzerne County Courthouse
200 N. River Street
Wilkes-Barre, PA 18711
(570) 825-1641

*RETURN DOCUMENT TO:
DOUGLAS BRUCE
PO BOX 26018
COLORADO SPRINGS, CO 80936
PHONE: (7190 550-0010

**Instrument Number - 201830674**
Recorded On 6/11/2018 At 11:03:32 AM
* Instrument Type - DEED EXEMPT
Invoice Number - 956226    User ID: MJH
* Grantor - COLLINS, HELEN P
* Grantee - BRUCE, DOUGLAS
* Customer - DOUGLAS BRUCE

*Total Pages - 4

* **FEES**

| | |
|---|---|
| PA WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $40.25 |
| COUNTY RECORDING FEE | $13.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| RECORDER'S ARCHIVES FEE | $3.00 |
| HOUSING TRUST FUND | $13.00 |
| TOTAL PAID | $71.75 |



I hereby CERTIFY that this document is Recorded in the Recorder of Deeds Office of Luzerne County, Pennsylvania

Joan Hoggarth
Clerk of Records
Recorder of Deeds Division

PARCEL IDENTIFICATION NUMBER
D11SE3-11-11-T
Total Property Identification Numbers: 1

# THIS IS A CERTIFICATION PAGE

## Do Not Detach

THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

**INSTRUMENT NUMBER - 201830674**     BOOK: 3018  PAGE: 104242

# QUITCLAIM DEED

THIS DEED is dated MAY 14, 20 18, and is made between HELEN P. COLLINS

(whether one, or more than one), the "Grantor," of the * CITY OF COLORADO SPRINGS
County of EL PASO and State of COLORADO
and

DOUGLAS BRUCE

(whether one, or more than one), the "Grantee," whose legal address is

P.O. BOX 26018, COLORADO SPRINGS CO 80936

of the CITY OF COLORADO SPRINGS County of EL PASO and State of COLORADO

WITNESS, that the Grantor, for and in consideration of the sum of NO
DOLLARS, ($     ),
the receipt and sufficiency of which is hereby acknowledged, does hereby remise, release, sell and QUITCLAIM unto the Grantee and the Grantee's heirs and assigns, forever, all the right, title, interest, claim and demand which the Grantor has in and to the real property, together with any improvements thereon, located in the CITY OF PITTSTON, County of
— LUZERNE and State of ~~Colorado~~, described as follows:
PENNSYLVANIA

PIN D 11 SE 3-11-11, PITTSTON CITY,
COUNTY OF LUZERNE, STATE OF PENNSYLVANIA

CERTIFIED PROPERTY IDENTIFICATION NUMBER
MUNICIPALITY Pittston City
PIN MAP D/ISE3 BLOCK 11 LOT 11
TRANSFER ✓     DIVISION
DATE 5-17-18     MAPPING CLERK

also known by street address as: 385 N. MAIN STREET, PITTSTON CITY, LUZERNE COUNTY OF
and assessor's schedule or parcel number: (PIN NUMBER) D 11 SE 3-11-11

TO HAVE AND TO HOLD the same, together with all and singular the appurtenances and privileges thereunto belonging, or in anywise thereunto appertaining, and all the estate, right, title, interest and claim whatsoever of the Grantor, either in law or equity, to the only proper use, benefit and behoof of the Grantee, and the Grantee's heirs and assigns, forever.
IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

*Helen P. Collins* (signature)

REC Book 3018 Page 104243

STATE OF COLORADO  } ss.
County of EL PASO  }

The foregoing instrument was acknowledged before me this 14th day of May, 2018
by Helen P Collins

Witness my hand and official seal.
My commission expires: 01-25-2020

*Insert "City and" where applicable.

Notary Public (signature)

YVONNE M. STEMPLE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084002176
MY COMMISSION EXPIRES JANUARY 25, 2020

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

No. 933. Rev. 1-06. QUITCLAIM DEED
Bradford Publishing, 1743 Wazee St., Denver, CO 80202 — (303) 292-2500 — www.bradfordpublishing.com — 1-06

REV-183 EX (2-15)


**pennsylvania**
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

# REALTY TRANSFER TAX STATEMENT OF VALUE
201830674
See reverse for instructions.

**RECORDER'S USE ONLY**
State Tax Paid: 0
Book Number: 3018
Page Number: 104242
Date Recorded: 6/11/18

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

## A. CORRESPONDENT – All inquiries may be directed to the following person:
Name: DOUGLAS BRUCE
Telephone Number: 719-550-0010
Mailing Address: P.O. Box 26018
City: COLORADO SPRINGS
State: CO
ZIP Code: 80936

## B. TRANSFER DATA
Date of Acceptance of Document: MAY/14/2018
Grantor(s)/Lessor(s): HELEN P. COLLINS
Telephone Number:
Grantee(s)/Lessee(s): DOUGLAS BRUCE
Telephone Number: 719-550-0010
Mailing Address: 632 LAKEWOOD CIRCLE
City: COLORADO SPRINGS
State: CO
ZIP Code: 80910
Mailing Address: P.O. Box 26018
City: COLORADO SPRINGS
State: CO
ZIP Code: 80936

## C. REAL ESTATE LOCATION
Street Address: 385 N. MAIN ST.
City/Township, Borough: PITTSTON
County: LUZERNE
School District: PITTSTON AREA
Tax Parcel Number: D-11SE-11-11

## D. VALUATION DATA
Was transaction part of an assignment or relocation? ☐ Y ☒ N
1. Actual Cash Consideration: 0
2. Other Consideration: + 0
3. Total Consideration: = 0
4. County Assessed Value: 73,500
5. Common Level Ratio Factor: x .97
6. Computed Value: = 71,295

## E. EXEMPTION DATA - Refer to instructions for exemption status.
1a. Amount of Exemption Claimed: $ 73,500
1b. Percentage of Grantor's Interest in Real Estate: 100 %
1c. Percentage of Grantor's Interest Conveyed: 100 %

2. Check Appropriate Box Below for Exemption Claimed.
☐ Will or intestate succession.
_____ _____
(Name of Decedent) (Estate File Number)
☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)
☒ Transfer from a trust. Date of transfer into the trust Nov. 2012
If trust was amended attach a copy of original and amended trust.
☒ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)
☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)
☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)
☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)
☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)
☒ Other (Please explain exemption claimed.) SEE ATTACHED AGREEMENT

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.
Signature of Correspondent or Responsible Party: Douglas Bruce
Date: June 4, 2018

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

# AGREEMENT

This agreement between business partners Helen Collins and Douglas Bruce is signed by them to reflect that bare nominal legal title will initially be recorded in the name of Collins because Bruce may be unavailable to handle certain transactions. This agreement applies to all out-of-state properties that have been or will be bought by Bruce with Bruce's money. Bruce is the equitable owner of these properties and a silent partner, and has the right to receive a transfer deed to each of them from Collins without charge upon request.

One such property is 385 N. Main in Pittston PA, an empty two-story building under contract to be purchased with Bruce's money in the name of Collins. If any claim is paid on the title insurance policy provided by seller, Collins agrees to turn over any such payment or income to Bruce. Collins will also keep Bruce notified of any legal papers filed regarding this property, and any other property under this agreement currently or in the future. A transfer by Collins to another party will be only with the consent of Bruce, and is in the nature of a power of attorney for that property. Collins is therefore holding bare legal title in trust for Bruce as a fiduciary duty.

Dated: October 30, 2012

_____
Helen Collins

_____
Douglas Bruce