EXHIBIT "B"

 

# City of Pittston

35 Broad Street, Pittston, PA 18640
Phone: (570) 654-0513    Fax: (570) 602-8246

DATE:    May 8, 2019

RE:    <u>Condemned Building 385 North Main Street, City of Pittston
Notice to Raze Structure Pursuant to Property Maintenance Code</u>

Dear Mr. Bruce:

I am writing concerning your above-captioned structure in the City of Pittston.

This structure includes a commercial unit on the first floor, and an apartment on the second floor, and was condemned on 9/18/2014 due to multiple, serious, persistent, unresolved violations of the International Property Maintenance Code (2009 edition) adopted as the property maintenance code for the City of Pittston (Ordinance, File of Council #9 of 2012).

The violations included, but were not limited to:

- electrical system violations (including, but not limited to: wiring/outlet/wire box deficiencies; locations and conditions of electrical breaker boxes; location and conditions of outlets and luminaires);

- accessibility and access issues related to, but not limited to stair risers, stair widths, stairwell illumination, stair landings and stairwell fire ratings;

- infestation with rodents and insects;

- multiple water or otherwise damaged ceilings in living areas;

- questionable fire prevention code rating of wall and ceiling coverings;

- kitchen and bathroom areas lacking required venting;

- plumbing violations related to venting; interconnections of piping of different materials, lack of sewer cleanouts;

- severely deteriorated roofing shingles and large hole in the roof.




35 Broad Street, Pittston, PA 18640
Phone: (570) 654-0513   Fax: (570) 602-8246

- structural deficiencies due to water penetration (exterior walls on the south and north sides of the structure have exceeded the designed limits and are now leaning over 12 inches out of plumb from the footer to the roof line and in danger of collapse) the building is of plank frame construction.

- cellar walls were seen to be deteriorated and collapsing in many areas and mold was also evident.

Due to the condemnation and the current condition of the property, it is my opinion, after consultation with an engineer, that this property is so deteriorated and dilapidated that it is dangerous, unsafe, insanitary and otherwise unfit for human habitation or occupancy and it is no longer able to be repaired.

**This building continues to pose a risk to emergency personnel and nearby residents, and we are therefore ORDERING the structure be razed within thirty (30) days in accordance with Section 110.1 General Demolition of the Property Maintenance Code, to wit:**

> "The code official shall order the owner of any premises upon which is located any structure, which in the code official judgment after review is so deteriorated or dilapidated or has become so out of repair as to be dangerous, unsafe, insanitary or otherwise unfit for human habitation or occupancy, and such that it is unreasonable to repair the structure, to demolish and remove such structure"

PURSUANT TO SECTION 110.3 OF THE PROPERTY MAINTENANCE CODE, YOUR FAILURE TO COMPLY WITH THIS DEOMOLITION ORDER WITHIN THIRTY (30) DAYS WILL RESULT IN THE DEMOLITION OF THE PROPERTY BY THE CITY OF PITTSTON WITH ALL COSTS BEING CHARGED AGAINST THE REAL ESTATE.

**Additionally, until the building is razed, since there are ongoing complaints from adjacent properties of rats and mice coming from the condemned structure, which is a violation of Section 302.5 Rodent Harborage, we are requiring that the structure be regularly treated by a professional exterminator to abate said rodent harborage.**



# City of Pittston

35 Broad Street, Pittston, PA 18640
Phone: (570) 654-0513   Fax: (570) 602-8246

This building must also be kept secured at all times in accordance with Property Maintenance Code Section 108.2 Closing of Vacant Structures.

Failure to comply may result in the issuance of a non-traffic citation for each violation of the property maintenance code for day the offense continues. Upon conviction, a fine of not less than $500.00 or more than $2,500.00 and court costs will be imposed per violation, and a lien may be placed on the property.

Appeals of this enforcement action under the property maintenance code may be filed within twenty (20) days by filing an application with the City of Pittston Property Maintenance Code Appeals Board, as set forth in Section 111 of the property maintenance code. Please contact the city's administrative offices for the required forms and fee schedule to file this type of appeal.

Thank you.
Sincerely,

Harry Smith
**Code Enforcement Officer**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
3-9-19

Sent To Douglas Bruce
Street and Apt. No., or PO Box No. PO Box 26018
City, State, ZIP+4® Colorado Springs CO 80936

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7016 3010 0001 1562 4700

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Douglas Bruce
    PO Box 26018
    Colorado Springs, CO 80936

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9402 4720 8344 0150 28

2. Article Number (Transfer from service label)
7016 3010 0001 1562 4700

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70163010000115624700

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 4:53 pm on May 13, 2019 in COLORADO SPRINGS, CO 80918.

## ✓ Delivered

May 13, 2019 at 4:53 pm
Delivered, Front Desk/Reception/Mail Room
COLORADO SPRINGS, CO 80918

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

Help

UNITED STATES
POSTAL SERVICE

## Product Tracking & Reporting

Home   Search   Reports   Manual Entry   Rates/Commitments   PTR / EDW   USPS Corporate Accounts   June 05, 2019

USPS Tracking Intranet

Delivery Signature and Address



1. On 3/31/19, PTR changed the event description on all versions of the Intranet tracking results for consistency. E.g., on the container results page, the U1 event was UNLOAD but now reflects ARRIVE USPS FACILITY. The change is for the description only.
2. "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for International items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fall service.
Updated: 4/18/19

Tracking Number: 7016 3010 0001 1882 4700

This item was delivered on 05/13/2019 at 16:53:00

← Return to Tracking Number View

**Delivery Section**

| | |
|---|---|
| Signature | *[signature: Douglas Bruce]* |
| Printed Name | DOUGLAS BRUCE |
| Delivery Address | 260.18 |

Enter up to 35 items separated by commas.

Select Search Type: [Quick Search ▼]   [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 19.2.4.0.11

# RETURN OF SERVICE NOTE

El Paso County Sheriff  
27 E. Vermijo Avenue  
Colorado Springs, CO 80903  
5/23/19

Service Number: 19003771

Case Number:

Rcv date/time: 5/22/2019 8:51 AM

Court Date:

Serve: DOUGLAS E BRUCE

Court: CITY OF PITTSTON

Served Date: 5/23/2019  
Service Time: 10:35:00 AM

County: EL PASO  
State: CO

Deputy: AMANDA HARRIS

Address: 4545 IRON HORSE TRAIL  
COLORADO SPRINGS, CO 80917

Writ(s):  
**LETTER**

Served Name: DOUGLAS E BRUCE

**CITY OF PITTSTON**  
**Vs**  
**DOUGLAS E BRUCE**

Personally deliver to person to serve or to a business

CITY OF PITTSTON  
35 BROAD STREET  
PITTSTON, PA 18640

| | |
|---|---|
| Final Status: | SERVED |
| Fees Paid: | 45.70 |
| Final Fees: | $45.70 |
| Refund Amt: | Refund Check # |
| Clerk: | A.O. |
| Amt Due: | $0.00 |

State of Colorado  
County of El Paso  
Case Number:

Return of Service

<u>Plaintiffs</u>  
CITY OF PITTSTON

vs.

<u>Defendants</u>  
DOUGLAS E BRUCE

DEPUTY AMANDA HARRIS is sworn upon oath to be over the age of eighteen years; is not a party to the within action; is an employee of the Sheriff's Office in and for the County of El Paso, State of Colorado; and has duly served the within

LETTER

to DOUGLAS E BRUCE: by personally handing a true copy to and leaving the same with.

| PERSON TO BE SERVED | PLACE OF SERVICE | DATE AND TIME |
|---|---|---|
| DOUGLAS E BRUCE | 4545 IRON HORSE TRAIL<br>COLORADO SPRINGS, CO 80917 | 5/23/2019<br>10:35 AM |

Sheriff Costs: $45.70

Service Number: 19003771

WILLIAM D. ELDER, SHERIFF

*signature*  
DEPUTY AMANDA HARRIS

Subscribed and sworn to before me this 24th day of may, 2019.  
My commission expires 02-15-2021.

*Betsy A Harrison*  
Notary Public

> BETSY A. HARRISON  
> NOTARY PUBLIC  
> STATE OF COLORADO  
> NOTARY ID 19974002409  
> MY COMMISSION EXPIRES FEBRUARY 15, 2021

CO_ElPaso_POS_Personal_Notary  S 5/24/2019 8:35 AM