# EXHIBIT "D"

# Magisterial District Judge 11-1-04
## DOCKET
Docket Number: MJ-11104-NT-0000023-2019

# Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Douglas Bruce

Page 1 of 3



## CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Alexandra Kokura Kravitz | Issue Date: | |
| OTN: | | File Date: | 01/09/2019 |
| Arresting Agency: | Code Enforcement, Municipal | Arrest Date: | |
| Citation No.: | R 2456425-6 | Incident No.: | |
| Disposition: | Guilty | Disposition Date: | 05/23/2019 |
| County: | Luzerne | Township: | Pittston City |
| Case Status: | Inactive | | |

## STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Inactive | 11/03/2022 | Case Balance Due |
| | 05/23/2019 | Case Balance Due |
| | 05/23/2019 | Case Disposed/Penalty Imposed |
| | 05/23/2019 | Awaiting Sentencing |
| | 04/10/2019 | Awaiting Summary Trial |
| | 04/10/2019 | Awaiting Plea |
| | 01/09/2019 | Awaiting Plea |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Summary Trial | 05/23/2019 | 1:30 pm | | Alexandra Kokura Kravitz | Scheduled |

## DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Bruce, Douglas | Sex: | |
| Date of Birth: | | Race: | |
| Address(es): | | | |

**Home**
Colorado Springs, CO 80936

## CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Defendant | Bruce, Douglas |
| Arresting Officer | Smith, Harry |

## CHARGES

| # Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|
| 1 LO § 110 §§ 1 | S | Demolition | 01/08/2019 | Guilty |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



Commonwealth of Pennsylvania
v.
Douglas Bruce

Page 2 of 3

## DISPOSITION / SENTENCING DETAILS

| Case Disposition | Disposition Date | Was Defendant Present? |
|---|---|---|
| **Guilty** | 05/23/2019 | No |

| Offense Seq./Description | Offense Disposition |
|---|---|
| 1  Demolition | Guilty |

## ATTORNEY INFORMATION

**Private**

Name: William Jennings Watt III, Esq.

Representing: Bruce, Douglas

Counsel Status: Active

Supreme Court No.: 206831

Phone No.: 570-654-4643

Address: Saporito Falcone & Watt
490 N Main St Ste 202
Pittston, PA  18640-2100

## DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 05/23/2019 | Order Imposing Sentence Printed | Magisterial District Court 11-1-04 | Douglas Bruce, Defendant |
| 05/23/2019 | Guilty | Alexandra Kokura Kravitz | Douglas Bruce, Defendant |
| 04/22/2019 | Certified Summary Trial Notice Accepted | Magisterial District Court 11-1-04 | Douglas Bruce, Defendant |
| 04/10/2019 | Certified Summary Trial Notice Issued | Magisterial District Court 11-1-04 | Douglas Bruce, Defendant |
| 01/17/2019 | Certified Summons Accepted | Magisterial District Court 11-1-04 | Douglas Bruce, Defendant |
| 01/09/2019 | Summons Issued | Magisterial District Court 11-1-04 | Douglas Bruce, Defendant |
| 01/09/2019 | First Class Summons Issued | Magisterial District Court 11-1-04 | Douglas Bruce, Defendant |
| 01/09/2019 | Certified Summons Issued | Magisterial District Court 11-1-04 | Douglas Bruce, Defendant |
| 01/09/2019 | Non-Traffic Citation Filed | Magisterial District Court 11-1-04 | |

## PAYMENT PLAN SUMMARY

| Payment Plan No. | Payment Plan Freq. | Next Due Date | Active | Next Due Amt. | Overdue Amt. |
|---|---|---|---|---|---|
| 11104-2019-P0001545 | Monthly | 06/24/2019 | Yes | $100.00 | $4,700.00 |

Responsible Participant
Bruce, Douglas

| Payment Plan History: | Payment Dt. | Applied Dt. | Transaction Type | Payor | Participant Role | Amount |
|---|---|---|---|---|---|---|

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Judge 11-1-04
## DOCKET

Docket Number: MJ-11104-NT-0000023-2019

# Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Douglas Bruce

Page 3 of 3



## CASE FINANCIAL INFORMATION

Case Balance:    $1,091.25    Next Payment Amt:

Last Payment Amt:    Next Payment Due Date:

| | Assessment Amt | Adjustment Amt | Non-Monetary Payment Amt | Payment Amt | Balance |
|---|---|---|---|---|---|
| Local Ordinance | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| ATJ | $6.00 | $0.00 | $0.00 | $0.00 | $6.00 |
| CJES | $2.50 | $0.00 | $0.00 | $0.00 | $2.50 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $9.00 | $0.00 | $0.00 | $0.00 | $9.00 |
| County Court Cost (Act 204 of 1976) | $33.00 | $0.00 | $0.00 | $0.00 | $33.00 |
| JCPS | $21.25 | $0.00 | $0.00 | $0.00 | $21.25 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| OAG - JCP | $2.50 | $0.00 | $0.00 | $0.00 | $2.50 |
| State Court Costs (Act 204 of 1976) | $9.00 | $0.00 | $0.00 | $0.00 | $9.00 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.