# EXHIBIT "H"

# Magisterial District Judge 11-1-04



## DOCKET

Docket Number: MJ-11104-NT-0000364-2019

## Non-Traffic Docket

Commonwealth of Pennsylvania
v.
Douglas Bruce

Page 1 of 1

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Alexandra Kokura Kravitz | Issue Date: | |
| OTN: | | File Date: | 04/01/2019 |
| Arresting Agency: | Code Enforcement, Municipal | Arrest Date: | |
| Citation No.: | R 2455557-6 | Incident No.: | |
| Disposition: | | Disposition Date: | |
| County: | Luzerne | Township: | Pittston City |
| Case Status: | Inactive | | |

## STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Inactive | 11/03/2022 | Awaiting Plea |
| | 04/01/2019 | Awaiting Plea |

## DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Bruce, Douglas | Sex: | |
| Date of Birth: | | Race: | |

Address(es):
**Home**
Colorado Springs, CO 80936

## CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Defendant | Bruce, Douglas |
| Arresting Officer | Smith, Harry |

## CHARGES

| # Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|
| 1 LO § 110 §§ 1 | S | Demolition | 03/29/2019 | |

## DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 05/03/2019 | Certified Summons Accepted | Magisterial District Court 11-1-04 | Douglas Bruce, Defendant |
| 04/25/2019 | Summons Issued | Magisterial District Court 11-1-04 | Douglas Bruce, Defendant |
| 04/25/2019 | First Class Summons Issued | Magisterial District Court 11-1-04 | Douglas Bruce, Defendant |
| 04/25/2019 | Certified Summons Issued | Magisterial District Court 11-1-04 | Douglas Bruce, Defendant |
| 04/01/2019 | Non-Traffic Citation Filed | Magisterial District Court 11-1-04 | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.