EXHIBIT "L"

## COMMONWEALTH OF PENNSYLVANIA, COUNTY OF LUZERNE

| Commonwealth of Pennsylvania | Docket No: MJ-11104-NT-0000015-2019 |
| --- | --- |
|  | Case Filed: 1/4/2019 |
| v. | Docket No: MJ-11104-NT-0000023-2019 |
|  | Case Filed: 1/9/2019 |
| Douglas Bruce | Docket No. MJ-11104-NT-0000279-2019 |
| Defendant | Case Filed: 3/19/2019 |
|  | Docket No. MJ-11104-NT-0000133-2019 |
|  | Case Filed: 1/25/2019 |
|  | Docket No. MJ-11104-NT-0000134-2019 |
|  | Case Filed: 1/25/2019 |
|  | Docket No. MJ-11104-NT-0000270-2019 |
|  | Case Filed: 3/19/2019 |

### RE-RE-RE-RE-RENEWED MOTION TO DISMISS

These robotic citations are idiotic. I incorporate all pleadings previously filed. To demand this out-of-state owner, who just paid thousands in property taxes, must send a "fine" over $1,000 each time a citation is mailed is absurdly unconstitutional. The citation is unintelligible and inapplicable, as previously noted. Defendant is charged with "DEMOLITION." That is no crime and not subject to fine. I haven't demolished anything.

This pleading is being mailed directly to Alexandra Kokura Kravitz. Each $6.80 certified mailing will be rebutted by a first-class denial and motion to dismiss. Eventually, defendant will sue Pittston for clouding title to his property and rendering it difficult or impossible to repair or sell. That will be a taking under the Fifth/Fourteenth Amendments to the United States Constitution. See the 1992 SCOTUS case of Lucas v. South Carolina Coastal Council, which makes government liable for an effective total taking. Defendant will add claims for denial of due process of law, wrongful infliction of emotional distress, and other torts and damages. YOU HAVE NO PERSONAL JURISDICTION OVER ME. See Pennoyer v. Neff, a SCOTUS case from 1877.

You can't set the six cases for six trials. You have ignored my requests for discovery. You called your demolition threats a "summary trial notice." That implies "no due process." I can't believe Ms. Kravitz is a real judge who has read the U. S. Constitution. Maybe the janitor is setting trial using her name. The notices say I "shall have the right to appeal within 30 days for a trial de novo," which admits this flurry of citations is not for a real trial, but just a nuisance and a bluff. Shame on you.

Dismiss these idiotic trash citations, go away, and leave defendant alone. Otherwise, I will report this abusive sham court proceeding to the Pennsylvania Supreme Court.

Submitted,

_____
Douglas Bruce
Box 26018
Colorado Springs CO 80936
(719) 550-0010
taxcutter@msn.com

## CERTIFICATE OF SERVICE

I certify that I mailed a postage-paid copy of this MOTION… on April 16, 2019 to the "court" and to the code official at the same address:

Code Official, 35 Broad Street, Pittston PA 18640

_____

U.S. POSTAGE PAID
FCM LGL ENV
COLORADO SPRINGS, CO
81010
APR 16, 19
AMOUNT
$1.15
R2304N117603-11



18640

Mr. Kravitz (judge?)
35 Broad street
Plk Hon PA 18640