EXHIBIT "P"

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LUZERNE



# ORDER IMPOSING SENTENCE

| Mag. Dist. No: | MDJ-11-1-04 |
|---|---|
| MDJ Name: | Honorable Alexandra Kokura Kravitz |
| Address: | 35 Broad Street<br>Pittston, PA 18640 |
| Telephone: | 570-655-0552 |

File Copy

Commonwealth of Pennsylvania
v.
Bruce Douglas

Docket No: MJ-11104-NT-0000134-2019
Case Filed: 1/25/2019
OTN:

### Charge(s)

LO § 110 §§ 1 (Lead)        Demolition

**THIS IS TO NOTIFY YOU THAT:**
On May 23, 2019, your trial on the above charge(s) was held in the Magisterial District Court listed above in your absence pursuant to Pa. R.Crim.P 455. You were found guilty and sentenced to the following:

Fines, Costs, and Restitution
(Payments shall be made at the Magisterial District Court listed above. Payment is due immediately unless a payment plan schedule has been established and issued by the Magisterial District Judge.)

| Collateral Amount: | $0.00 | | | | |
|---|---|---|---|---|---|
| Fines: | $1,000.00 | Fines: | $0.00 | Fines: | $1,000.00 |
| Costs: | $40.25 | Costs: | $0.00 | Costs: | $40.25 |
| Restitution: | $0.00 | Restitution: | $0.00 | Restitution: | $0.00 |
| Total | $1,040.25 | Paid to date | $0.00 | Case Balance | $1,040.25 |

You have the right to appeal to the Court of Common Pleas within 30 days for a trial de novo. If you choose to file an appeal, you must appear for the trial de novo in the Court of Common Pleas or your appeal may be dismissed. If you are found not guilty, any money previously paid in this case will be returned to you. If you have any questions, please call this office immediately.

May 23, 2019
Date

_Alexandra Kokura Kravitz_
The Honorable Kravitz

---

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

MDJS 581
Printed: 05/23/2019 1:59:11PM

1



FREE INTERPRETER
www.pacourts.us/language-rights
570-830-8406

Docket No.: MJ-11104-NT-0000134-2019 **ORDER IMPOSING SENTENCE**

## File Copy Recipient List

Addressed To: Bruce Douglas (Defendant)
PO Box 26018
Colorado Springs, CO 80936