# EXHIBIT "R"

Prepared By:
PTS – Pennsylvania, Inc.
2002 Summit Boulevard, Suite 600
Atlanta, GA 30319
Incidental to the issuance of a title insurance policy.

After Recording Return To:
632 Lakewood Circle
Colorado Springs, CO 80910

File Number: CM1208-PA-424061
Parcel ID Number: 72-D11SE3-011-011-000

CERTIFIED PROPERTY IDENTIFICATION NUMBERS
D11SE3 -11 -11    -T    PITTSTON CITY
CERTIFIED 11/14/2012 BY MARYR

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Luzerne County, Pennsylvania.

Joan Hoggarth
JOAN HOGGARTH
CLERK OF RECORDS

RECORDER OF DEEDS
LUZERNE COUNTY
PENNSYLVANIA

INSTRUMENT NUMBER
6033714
RECORDED ON
Nov 14, 2012
2:09:31 PM
Book/Page: REC/3012/203802
Total Pages: 4

| | |
|---|---|
| PA WRIT TAX | $0.50 |
| PA REALTY TAX | $150.00 |
| JCS/ACCESS TO JUSTICE | $23.50 |
| LUZERNE COUNTY RECORDING FEE | $13.00 |
| LUZERNE COUNTY ARCHIVES FEE | $2.00 |
| LUZERNE RECORDER'S ARCHIVES FEE | $3.00 |
| LUZERNE COUNTY HOUSING TRUST FUND | $13.00 |
| LUZERNE COUNTY PIN CERTIFICATIONS COLLECTED | $20.00 |
| PITTSTON REALTY TAX | $75.00 |

## QUIT CLAIM DEED
### (CORPORATE)

This QUIT CLAIM DEED made this 22 day of October, 2012

BETWEEN    Deutsche Bank National Trust Company, as Trustee for the registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-1

(hereinafter called the Grantor), of the one part, and

Helen Collins, A Single Person

(hereinafter called the Grantee), of the other part,

WITNESSETH, That in consideration of ----- ($17,500.00) ----- Seventeen Thousand Five Hundred and 00/100 Dollars, in hand paid, the receipt whereof is hereby acknowledged, the said Grantor does hereby release, remise, and quit claim unto the said Grantee, his/her/their heirs and assigns, ALL THAT CERTAIN real estate further described in Exhibit "A" attached hereto.

This document may not sell, convey, transfer, include, or insure, the title to the coal and right of support underneath the surface land described or referred to herein, and the owner or owners of such coal may have the complete legal right to remove all of such coal, and in that connection damage may result to the surface of the land and any house, building or other structure on or in such land.

Grantee's Address:
632 Lakewood Circle
Colorado Springs, CO 80910

Property Address: 385 North Main Street, Pittston, PA 18640

TO HAVE AND TO HOLD, the same together with all and singular the appurtenances thereunto belonging

or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said Grantor, either in law or equity, to the only proper use, benefit and behalf of the said Grantee forever.

IN WITNESS WHEREOF, the said Grantor has caused these presents to be duly executed, the day and year first above written.

SEALED AND DELIVERED in the Presence of:

_____
Joel Rubin

_____
Nick Dorn

Deutsche Bank National Trust Company, as Trustee for the registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-1,

By: Ocwen Loan Servicing, LLC
    a Delaware limited liability company
Its: Attorney in Fact

By: _____
Printed: **William Stolberg**

Title: **Director of Ocwen Loan Servicing, LLC**

STATE OF Florida
COUNTY OF Palm Beach

THE FOREGOING INSTRUMENT was acknowledged before me this 22nd day of October 2012, by **William Stolberg**, as **Director of Ocwen Loan Servicing, LLC** of Ocwen Loan Servicing, LLC as Attorney-in-Fact for Deutsche Bank National Trust Company, as Trustee for the registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-1, who is personally known to me or who has produced _____ as identification and who (did / did not) take an oath.

> Notary Public State of Florida
> John Halvorson
> (SEAL) Commission DD877325
> Expires 06/19/2013

_____
Notary Public John Halvorson
Print Name: John Halvorson
My Commission Expires: 6/19/2013

I, Allen Thomas, hereby certify that the address of the above Grantees is:
632 Lakewood Circle
Colorado Springs, CO 80910

_____
BY:

EXHIBIT "A"

ALL THAT CERTAIN LOT OR PIECE OF GROUND SITUATE IN PITTSTON CITY, COUNTY OF LUZERNE AND COMMONWEALTH OF PENNSYLVANIA, BOUNDED AND DESCRIBED AS FOLLOWS TO WIT:

BEGINNING AT A CORNER ON THE NORTHERLY INTERSECTION OF NORTH MAIN STREET AND CURTIS STREET;

THENCE ALONG NORTH MAIN STREET, NORTH THIRTY-FIVE DEGREES THIRTY MINUTES EAST, FORTY-FOUR AND FIVE TENTHS (44.5) FEET TO A CORNER;

THENCE ALONG LINE OF LANDS NOW OR LATE OF JAMES LANGAN, SOUTH FIFTY-SIX DEGREES SEVEN MINUTES EAST SEVENTY-EIGHT AND FIFTEEN ONE HUNDREDTHS (78.15) FEET TO A CORNER;

THENCE ALONG THE LINE OF OTHER LANDS NOW OR LATE OF THE SAID JAMES LANGAN, SOUTH THIRTY DEGREES ONE AND ONE-HALF MINUTES WEST THIRTY-NINE (39.00) FEET TO A CORNER ON CURTIS STREET AFORESAID;

THENCE ALONG SAID CURTIS STREET, NORTH SIXTY DEGREES WEST EIGHTY-TWO AND TWENTY- THREE ONE HUNDREDTHS (82.23) FEET TO THE PLACE OF BEGINNING.

CONTAINING THREE THOUSAND THREE HUNDRED SIXTY-FOUR (3,364) SQUARE FEET OF SURFACE OF LAND, MORE OR LESS.

BEING also known as UPI Number: **72-D11SE3-011-011-000.**

BEING also known as 385 North Main Street, Pittston, PA 18640.

Being the same premises conveyed by Sheriff's Deed from John F. Gilligan Sheriff of the County of Luzerne, in the commonwealth of Pennsylvania to which Deutsche Bank National Trust Company, as Trustee for the registered Holders of CBA Commercial Assets, Small Balance Commercial Mortgage Pass-Through Certificates, Series 2007-1, acquired by Deed recorded as Instrument 5987587 and/or recorded in Book 3011 page 195906 in the aforesaid County and State.

**This document may not sell, convey, transfer, include, or insure, the title to the coal and right of support underneath the surface land described or referred to herein, and the owner or owners of such coal may have the complete legal right to remove all of such coal, and in that connection damage may result to the surface of the land and any house, building or other structure on or in such land.**

REV-183 EX (7-08) (I)


**pennsylvania**
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO BOX 280603
Harrisburg PA 17128-0603

# REALTY TRANSFER TAX STATEMENT OF VALUE

See Reverse for Instructions

| RECORDER'S USE ONLY | |
|---|---|
| State Tax Paid | $0.00 |
| Book Number | |
| Page Number | |
| Date Recorded | |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. A Statement of Value is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. If more space is needed, attach additional sheets.

## A. CORRESPONDENT – All inquiries may be directed to the following person:

Name: Allen Thomas
Telephone Number: (770) 612-2570
Street Address: 2002 Summit Blvd. Ste 600
City: Atlanta
State: GA
ZIP Code: 30319

## B. TRANSFER DATA

Date of Acceptance of Document: 10-26-12

Grantor(s)/Lessor(s): Deutsche Bank National Trust Company
Street Address: 1661 Worthington Rd. Ste 100
City: West Palm Beach
State: FL
ZIP Code: 33409

Grantee(s)/Lessee(s): Helen Collins
Street Address: 632 Lakewood Circle
City: Colorado Springs
State: CO
ZIP Code: 80910

## C. REAL ESTATE LOCATION

Street Address: 585 North Main St.
City, Township, Borough: Pittston
County: Luzerne
School District: Pittston Area SD
Tax Parcel Number: 72-D11SE3-011-011-000

## D. VALUATION DATA

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 15,000 | + 0 | = 15,000 |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Fair Market Value |
| 73,500 | x  1.91 | = 164,885 |

## E. EXEMPTION DATA

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| 0 | 100 | 100 |

### 2. Check Appropriate Box Below for Exemption Claimed

☐ Will or intestate succession.
_____ _____
(Name of Decedent)      (Estate File Number)

☐ Transfer to Industrial Development Agency.

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the Commonwealth, the United States and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of Mortgage and note/Assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed, if other than listed above.)
_____
_____

**Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.**

Signature of Correspondent or Responsible Party: *[signed] Allen*
Date: 11-9-12

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**